Steven L. Taggart, ISB No. 8551
**MAYNES TAGGART PLLC**
P. O. Box 3005
Idaho Falls, ID 83403
Telephone: (208) 552-6442
Facsimile: (208) 524-6095
Email: staggart101@gmail.com

*Debtor-in-Possession's Counsel*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. 18-40360-JMM |
| ANDERSON FARMS, INC., | Chapter 11 |
| Debtor. | |

**MOTION TO APPROVE
PAYMENT OF PREPETITION EMPLOYEE WAGES**

COMES NOW Anderson Farms, Inc. ("Debtor") and pursuant to Section 105 of the Bankruptcy Code and Rule 9013 of the Fed.R.Bankr.P., hereby moves the Court to approve the Debtor's post-petition payment of prepetition employee wages as set forth herein below and in the simultaneously filed *Affidavit of Jeremy Anderson in Support of Motion to Approve Payment of Prepetition Employee Wages* (hereafter "Anderson Aff.") for the following reasons:

1. The petition in this matter was filed on April 30, 2018, as a short form filing.

2. The Debtor remains the Debtor-in-possession in this case and continues to operate its trucking operation.

3. Anderson Farms, Inc. is a closely held corporation operating a trucking operation out of Burley, Idaho.

4. This Motion requests authority to 1) to reissue checks that were issued prepetition but not cashed before the filing of the bankruptcy for employee wages (in the amount of $47,731.18), employee reimbursements (in the amount of $276.30) and to pay employee

obligations for child support (in the amount of $994.06) and a garnishment by the Cassia County Sheriff (in the amount of $641.45) and (2) issue checks for the payroll to be run on May 9, 2018 for all employees (for the period from April 21, 2018 to May 4, 2018, i.e. containing 10 days of prepetition wages).

5. The request to reissue prepetition checks is directed at the employees listed in the Anderson Aff., Exhibit "A". These employees received paychecks but did not cash the same before the Debtor's bankruptcy was filed. Also, some of these employees were due minimal reimbursement checks and also some small sums were to be paid from their checks for child support obligations and for a garnishment by the Cassia County Sheriff. The Debtor requests that these be paid to avoid adversely impacting its employees and their obligations.

6. In addition, the Debtor has filed a motion with respect to use of cash collateral. There are sufficient excess funds showing for the cash collateral budget for May to reissue the checks requested. The wages to be paid on May 9th are anticipated in the cash collateral motion and reflected in the proposed cash collateral budget.

7. For the prepetition checks to be reissued, the only one who qualifies as an "insider" under 11 U.S.C. § 101(31) and is identified in the Anderson Aff., ¶ 4. For those checks to be issued on May 9, 2018, there are several insiders under 11 U.S.C. § 101(31) who are specified in the Anderson Aff., ¶ 4.

8. For the payroll to be issued on May 9th, the total is estimated to be $166,164.49 and is enumerated in the Anderson Aff., Exhibit "B".

9. A review of the employees and checks requested to be issued shows that the amounts to all employees all fall within the statutory framework of 11 U.S.C. § 507(a)(4), and are less than the priority amount allowed under that code section.

10.     Without these employees the Debtor will be unable to continue its ongoing business operations and effectively reorganize. If not paid, it is likely that the Debtor's continued operations could be impaired.

11.     The Debtor respectfully asserts that good cause exists to pay these priority wage claims in order to preserve value to the estate.

WHEREFORE, Debtor respectfully requests that it be authorized to 1) reissue the checks that are enumerated in Anderson Aff., Exhibit "A" and 2) pay its employees on May 9, 2018 for prepetition wages earned between April 21, 2018 and April 30, 2018 as specified in Anderson Aff., Exhibit "B".

DATED:  May 3, 2018

MAYNES TAGGART PLLC

*/s/ Steven L. Taggart*
Steven L. Taggart
Debtor's Counsel

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 3, 2018, I filed a copy of the attached document with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

PARTIES SERVED:

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Paul Ross, Esq., attorney for Interested Parties Raymond Trent Anderson & Dee Ann Anderson – paul@idbankruptcylaw.com

And as otherwise noted on the Court's Notice of Electronic Filing.

      I HEREBY CERTIFY FURTHER that on May 3, 2018, I served a copy of the above referenced pleading(s) on the following parties via postage prepaid, first class, U.S. Mail:

PARTIES SERVED:

Newtek Small Business Finance, LLC
PO Box 297
Laurel, NY  11948

Sterling Commercial Credit, LLC
10559 Citation Drive Ste. #204
Brighton, MI  48116

Commercial Credit Group, Inc.
2135 City Gate Lane, Suite 440
Naperville, IL  60563

Kent Capital Corp.
99 Wall St. Suite 1012
New York, NY  10005

VFS US LLC
PO Box 7247-0236
Philadelphia, PA 19170-0236

Marlin Business Bank
PO Box 13604
Philadelphia, PA  19101-3604

Farm Credit Services of America, PCA
600 Highway 169 S.
Minneapolis, MN  55426-1206

Northland Capital Financial Services, LLC
PO Box 7278
St. Cloud, MN  56302-7278

Deere & Company
PO Box 6600
Johnston, IA  50131-6600

Hitachi Capital America Corp.
21925 Network Place
Chicago, IL  60673-1219

Dakota Financial, LLC
11755 Wilshire Blvd., Suite 1670
Los Angeles, CA  90025

LOL Finance Co.
PO Box 64408
St. Paul, MN  55164

MOTION TO APPROVE PAYMENT OF PREPETITION EMPLOYEE WAGES
Page No. 4

Anderson Farms, Inc.
Attn:  Cameron Smith
PO Box 398
Burley, ID  83318


SEE ATTACHED LIST OF 20 LARGEST UNSECURED CREDITORS


   DATED:  May 3, 2018


     /s/ *Theresa G. Carson*
     Theresa G. Carson
     Legal Assistant

## 20 LARGEST UNSECURED CREDITORS

A.M.I. Supply, Inc.
PO Box 1145
Burley, ID  83318

American Staffing
1711 Overland Ave.
Burley, ID  83318

Badger Bearing PTP, Inc.
230 W. 20 S.
Burley, ID  83318

Bank of America
PO Box 15796
Wilmington, DE  19886

Barclay Mechanical Services
PO Box 360
Paul, ID  83347

Brian Bogue, Diesel Repair & Welding
607 N. 1050 W.
Paul, ID  83347

Capital One Bank, USA NA
PO Box 60599
City of Industry, CA  91716-0599

Car Quest
c/o Schow's Truck
PO Box 94
Rupert, ID  83350

Cintas Corp.
PO Box 88005
Chicago, IL  60680-1005

Complete Business Solutions Group
22 N. 3rd St.
Philadelphia, PA  19106

Garald Price & Associates, PA
2058 Overland Ave.
Burley, ID  83318

Greer Truck & Trailer Parts
PO Box 359
Paul, ID  83347

Idaho State Insurance Fund
1215 W. State St.
Boise, ID  83702

Kent Capital Corp
99 Wall St. Suite 1012
New York, NY  10005

Motion Towing
104 S. 450 E.
Burley, ID  83318

Schow's Truck Center
PO Box 94
Rupert, ID  83350

Seagull Diesel Repair, Inc.
2217 N. Redwood Rd.
Salt Lake City, UT  84116

Snake River Hydraulics
530 16th St
Heyburn, ID  83336

Tires West/Les Schwab
2555 South Overland Ave.
Burley, ID  83318

Western Trailers
Attn:  Clint Whitehead
PO Box 5598
Boise, ID  83705

Oregon Dept. of Transportation
Motor Carrier Transp. Div.
3930 Fairview Industrial Dr. SE
Salem, OR  97302-1166