# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re:

ANDERSON FARMS, INC.

Debtor.

Case No. 18-40360-JMM
Chapter 11

## MINUTES OF 341(a) MEETING OF CREDITORS

Date of Meeting:  May 30, 2018    Location of Meeting: Pocatello, ID
Recorder Track No: N.A.

☒ Debtor(s) sworn & examined.
☐ Debtor(s)' attorney ☒ Present ○ Not present ○ *Pro Se*
☒ Schedules & Statements filed.
☒ Debtor(s) advised of United States Trustee's Chapter 11 Operating Guidelines and Reporting Requirements.

**Debtor Identification Issues:** ☒ None
☐ No Photo ID.                      ☐ ID does not match petition.
☐ No proof of SSN                   ☐ Debtor to file amended petition.

**Action Items:** ☒ None
☐ 341(a) Meeting Continued to:
☐ Dismiss for:
    ○ Non-appearance of Debtor.
    ○ ID does not match petition.

**Additional Information:**

Date: 5/30/18

_____
BRETT R. CAHOON
Attorney for United States Trustee